**ORD**
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
Jsc@cogburnlaw.com
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
Tel: (702) 384-3616
Fax: (702) 943-1936
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA RALEY, an individual, | |
| Plaintiff, | Case No.: 2:11-CV-00303-JCM-GWF |
| vs. | |
| CALIFORNIA COMMERCIAL CAPITAL, | |
| Defendant. | |

## ORDER

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, upon Motion by Plaintiff, and good cause appearing. **IT IS HEREBY ORDERED** entering judgment against Defendant, California Commercial Capital, pursuant to the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et. seq.* in the amount of $6,257.50, representing $1,000.00 in damages payable to Plaintiff, plus $4,407.50 in attorneys' fees and $850.00 in costs payable to Plaintiff's counsel.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 12, 2011 _____

Page 1 of 1